UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22254-CIV-COHN/SELTZER

ALFRED J. BAKER, et al.,

    Plaintiffs,

v.

SOIL TECH DISTRIBUTORS, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING IN PART AND GRANTING IN PART MOTIONS TO STRIKE PLEADINGS AND OTHER RELIEF

**THIS CAUSE** is before the Court upon a Report and Recommendation submitted by United States Magistrate Judge Barry S. Seltzer on October 14, 2008 [DE 59] regarding Plaintiffs' Motion to Strike Pleadings and Other Relief [DE 46] and Plaintiffs' Second Motion to Strike Pleadings and for Other Relief [DE 49].

The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise advised in the premises. The Court notes that the parties have not filed objections to the Report and Recommendation, and the time for filing such objections has expired. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. United States Magistrate Judge Seltzer's Report and Recommendation [DE 59] is **ADOPTED**.

2. Plaintiffs' Motion to Strike Pleadings and Other Relief [DE 46] is **DENIED in part** to the extent that it requests the Court to strike the Defendant's pleadings and **GRANTED in part** to the extent that it requests other

sanctions. Defendant shall pay Plaintiff Alfred Baker $300 for attorney's fees incurred in filing his Motion to Compel [DE 35] and Motion to Strike Pleadings and Other Relief [DE 46].

3. Plaintiffs' Second Motion to Strike Pleadings and for Other Relief [49] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10TH day of November, 2008.

/s/ James I. Cohn
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record